NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

DRONE TECHNOLOGIES, INC.,
*Plaintiff-Appellee,*

v.

PARROT S.A. AND PARROT, INC.,
*Defendants-Appellants.*

---

2015-1138

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 2:14-cv-00111-AJS, Judge Arthur J. Schwab.

---

Before TARANTO, LINN, and CHEN, Circuit Judges.

LINN, Circuit Judge.

### ORDER

Parrot S.A. and Parrot, Inc. respond to the court's show cause order, acknowledging that the district court has not acted on Drone Technologies, Inc.'s claim for injunctive relief and that the claim has not been withdrawn. As a result, the proceedings before the district court are not final except for an accounting of damages

and no final judgment has been entered. This appeal is thus premature. The parties may of course appeal at a later date.

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) All other pending motions are denied as moot.

(3) Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25